Filing reviewed on 5/3/2023 by Scott Grigg
Case 4:23-cv-00476-ALM   Document 2   Filed 05/25/23   Page 1 of 4 PageID #: 61

Received
5/3/2023 11:46 AM
Judge Missildine - Precinct 3
Collin County, Texas
03-EV-23-01288

PLEASE PRINT LEGIBLY – this is a legal document

## SWORN COMPLAINT FOR FORCIBLE ENTRY AND DETAINER

Cause Number: _____   Court Date: _____   Court Time: _____ , ___ M.

Plaintiff(s): CHARTER DW WATERS CREEK VILLAGE, LLC                     § IN THE JUSTICE COURT
(Landlord as Stated in Lease)
VS                                                                     § Precinct 3

Defendant(s): BRIO (TEXAS), LLC                                        § COLLIN COUNTY, TEXAS

_____
_____
_____
(List all signers on the lease with DL or state ID number)

**COMPLAINT:** Plaintiff (Landlord) hereby complains of the defendant(s) named above for forcible detainer plaintiff's premises located in *Collin County Justice of the Peace Precinct* 3 to wit:

Service: Reg Agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201

| Street Address | Apartment # | City, State, Zip | Phone # |
|---|---|---|---|
| Property Address: 810 Central Expressway, Space K100, Allen, TX 75013 | | | Gate Code: _____ |

Unattached property address (ie: Garage or storage building)

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service under Rule 510.4. If necessary, alternative service is requested under Rule 510.4(c).

**GROUNDS FOR EVICTION:** Lease terminated by its terms on April 30, 2023, possession was demanded by letter dated April 6, 2023 demanding possession on May 1, 2023 at 12:01 am, and tenant failed to vacate.

**UNPAID RENTS:** Defendant(s) failed to pay the following rent which was demanded by Plaintiff and which is still unpaid (use separate line for each month – DO NOT INCLUDE late fees or other non-rent sums, attach additional page if necessary):

**NOTICE:** Written notice to vacate and demand for possession was given on  April 6, 2023

In the following manner (check One):
- ☐ Certified Mail
- ☐ Regular Mail
- ☐ Delivery in Person
- ☒ Other  FedEx and Email in accordance with Lease

The lease is (check one):
- ☒ Written
- ☐ Oral

**HOLDOVER:** Defendant(s) are unlawfully holding over since they failed to vacate at the end of the rental term or renewal or extension period, which was on the __30th__ day of __April__, __2023__.

**REQUEST FOR JUDGMENT:** Plaintiff prays that defendant(s) be served with a citation and that plaintiff have Judgment against defendant(s) for:
- ☒ Possession of the premises, including removal of defendants and defendant's possessions from premises
- ☐ Pay rents owed in the amount of $_____, plus all rents accruing through the date of Judgment.
- ☒ Pay court costs.                $ TBD
- ☒ Pay reasonable attorney's fees $ TBD

Plaintiff (Landlord) or authorized agent: Greg Noschese, Munsch Hardt Kopf & Harr, PC  [signature]

500 N. Akard St., Suite 3800, Dallas, TX 75201, authorized agent
Address of Plaintiff
Phone # 214-855-7689    FAX # 214-855-7584    Date 5-2-23

SUBSCRIBED AND SWORN TO before me this __2nd__ day of __May__, 20 __23__.

Sharon D. Blackstock [signature]    Notary Public

Evictions MUST be filed in the county and precinct where the property is located. It is your responsibility to know where to file. Filing fees are non-refundable.

## JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

03-EV-23-01288

**CAUSE NUMBER** *(FOR CLERK USE ONLY)*: _____

**STYLED** Charter DW Waters Creek Village, LLC v. BRIO (Texas), LLC
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | | 2. Names of parties in case: |
|---|---|---|
| Name: Greg Noschese <br> Munsch Hardt Kopf & Harr, PC | Telephone: 214-855-7589 | Plaintiff(s): BRIO (Texas), LLC |
| Address: 500 N. Akard St., Suite 3800 | Fax: 214-855-7584 | |
| City/State/Zip: Dallas, TX 75201 | State Bar No: 00797164 | Defendant(s): |
| Email: gnoschese@munsch.com | | |
| Signature: /s/ Greg Noschese | | [Attach additional page as necessary to list all parties] |

### 3. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| ☐ **Debt Claim**: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☒ *Eviction:* An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |
|---|---|
| ☐ *Repair and Remedy*: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ *Small Claims:* A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |

# AFFIDAVIT OF MILITARY STATUS OF DEFENDANT(S)
## CAUSE NUMBER: 03-EV-23-01288

CHARTER DW WATERS CREEK VILLAGE, LLC, **PLAINTIFF** §

VS. §

BRIO (Texas), LLC, **DEFENDANT** §

IN THE JUSTICE COURT

PRECINCT 3

COLLIN COUNTY, TEXAS

My name is [*please print*] __Greg Noschese__.

I am [*check one*] ☐ the plaintiff or ☒ an authorized agent of the plaintiff in the case described above. I am capable of making this affidavit. I have been duly sworn on oath and the facts in this affidavit are within my personal knowledge and are true and correct.

[*check or fill in as applicable*]

☒ **1.** No defendant in this case is on active duty in the U.S. military (Army, Navy, Air Force, Marines or Coast Guard). The facts on which I base my conclusion are as follows: __Defendant is a non-natural person__

☐ **2.** Defendant [*insert name(s)*] _____ is on active duty in the U.S. military.

☐ **3.** Defendant [*insert name(s)*] _____ has been deployed by the U.S. military to a foreign country.

☐ **4.** Plaintiff and the undersigned (if the undersigned is acting agent of plaintiff) are not able to determine whether any defendant is in the U.S. military – except for any defendant named in 2 above.

☐ **5.** Plaintiff and the undersigned (if the undersigned is acting as an agent of plaintiff) are not able to determine whether any defendant who is in the U.S. military has been deployed to a foreign country – except for any defendant named in 3 above.

☐ **6.** Defendant [*insert name(s)*] _____ has signed, while on active duty, a *separate written waiver* of his or her rights under the U.S. Servicemembers Civil Relief Act of 2003.

_____
Affiant Greg Noschese

**Sworn to and subscribed** before me on this the __2nd__ day of __May__, 20__23__.

_____
(Judge) (Clerk)
Justice Court, Precinct ____
Collin County, Texas

_____
Notary Public in and for the State of Texas

[Notary seal: SHARON D. BLACKSTOCK, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 01-21-2027, ID # 6130689]

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sharon Blackstock on behalf of Greg Noschese
Bar No. 797164
sblackstock@munsch.com
Envelope ID: 75267863
Filing Code Description: Eviction Suit
Filing Description: Sworn Complaint for Forcible Entry and Detainer
Status as of 5/3/2023 12:48 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sharon BLACKSTOCK | | sblackstock@munsch.com | 5/3/2023 11:46:22 AM | SENT |
| Greg Noschese | | gnoschese@munsch.com | 5/3/2023 11:46:22 AM | SENT |